IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JUAN DE LA ROSA AND | § | |
| JUANA DE LA ROSA, | § | |
|     Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 5:16-cv-00254 |
| | § | |
| STATE FARM LLOYDS AND | § | |
| KEVIN O'HAVER, | § | |
|     Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Juan De La Rosa and Juana De La Rosa file this Stipulation of Dismissal signed by all parties including Defendants State Farm Lloyds because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

Dated this the 14th day of November, 2016.

                                          Respectfully submitted,

                                          By:   */s/ Marco D. Flores*
                                                  Martin J. Phipps
                                                  State Bar No. 00791444
                                                  Marco D. Flores
                                                  State Bar No. 24027251
                                                  Brennen S. Jenkins
                                                  State Bar No. 24092576
**PHIPPS, LLP**
102 9th Street
San Antonio, TX 78215
210-340-9877 Telephone
210-340-9887 Facsimile
**COUNSEL FOR PLAINTIFFS,**

        **AND**

2

By: */s/ Ray R. Ortiz*
 Ray R. Ortiz
 State Bar No. 15324280
 Southern Dist. Federal ID 14026
 Jonathan Law
 State Bar No. 24028656
 Southern Dist. Federal ID 1031088
**JONES, ANDREWS & ORTIZ, P.C.**
10100 Reunion Place, Suite 600
San Antonio, Texas  78216
210/344-3900 Telephone
210/366-4301 Facsimile
**COUNSEL FOR DEFENDANT**